IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REGINALD FARLEY,                           )
                                           )
      Plaintiff,                           )
                                           )
v.                                         )        CIVIL ACTION FILE
                                           )        NO.:  5:25-CV-00386-TES
DANIEL RP MANAGEMENT, LLC,                 )
                                           )
      Defendant.                           )

## CONSENT PROTECTIVE ORDER

WHEREAS, discovery in this action may involve the disclosure of Defendant's confidential and/or proprietary business information, financial information, and confidential, private or personal information contained regarding Defendant's current and former employees and other non-parties;

WHEREAS, discovery in this action may also involve the disclosure of Plaintiff's medical records, Plaintiff's financial information, and confidential, private or personal information contained in Plaintiff's employment/application files and the personnel files of other employees of Defendant;

WHEREAS, the parties agree that documents containing the above-referenced information may be identified and marked as "Confidential" before being produced; and

WHEREAS, it is stipulated and agreed between the parties to this action through their respective counsel that a Protective Order should be entered in the above-captioned case;

**IT IS HEREBY ORDERED that:**

1.      Plaintiff, Plaintiff's counsel, Defendant and Defendant's counsel agree that documents produced during the course of this litigation that are identified and marked as "Confidential" shall not be given, shown or made available to anyone other than counsel of record

4

for the Plaintiff and Defendant in this litigation, the individuals named as parties in this litigation, representatives of corporations named as parties in this litigation, paralegals and/or clerical staff, trial witnesses (expert and fact), the Court and the jury in the course of judicial proceedings in this case and other persons necessary and essential to aid in the preparation of this case.

2.    Parties wishing any document filed as part of the record under seal must first consult with the counsel for the party who designated the document as confidential to determine if some measure less restrictive than filing the document under seal may serve to provide adequate protection.  The party must also present a motion and/or consent order and/or other appropriate request regarding said document to the Court in accordance with local practice.

3.    Documents identified and marked as "Confidential" and any medical records of Plaintiff, whether or not marked "Confidential," shall also be subject to the following restrictions and conditions:

A.    "Confidential" documents and any medical records of Plaintiff, whether or not marked "Confidential" shall not be used for any purpose other than this litigation and under no circumstances shall "Confidential" documents be used for any personal, business, competitive or other purposes whatsoever.

B.    It is the responsibility of counsel in this litigation to maintain custody of "Confidential" documents and any financial and/or medical records of Plaintiff, whether or not marked "Confidential" in a secure and appropriate manner and place so as to allow access to such documents by only persons permitted by this Protective Order to have access to such documents;

C.    Each person to whom any "Confidential" or medical information is given, shown or made available, with the exception of the Parties' counsel's paralegals and/or clerical

staff, shall be bound by the terms of this Protective Order and informed of the duty to preserve the confidentiality of the information.

D.       Within thirty (30) days after the conclusion of this litigation, by settlement or adjudication, including any appellate proceedings, all "Confidential" documents of any party, medical records of Plaintiff, and testimony produced by any party shall be returned to the opposing party or destroyed, excepting any non-sealed copies of such materials filed with the Court.

E.       The inadvertent or unintentional disclosure of any financial or medical records of Plaintiff, or "Confidential" documents, including attorney-client privileged documents, or testimony shall not be construed to be a waiver, in whole or in part, of a claim of confidentiality either as to the specific "Confidential" document, medical record or testimony disclosed or as to any other related information.

F.       The designation of any document or testimony as "Confidential" and subject to this Protective Order shall have no meaning or effect whatsoever with respect to the substantive issues in this proceeding or the claims or defenses of the Plaintiff or Defendant.

G.       The agreement of the parties stipulated in this Protective Order does not constitute an admission or agreement that any "Confidential" document, medical record or testimony is subject to discovery, disclosure or production or is admissible as evidence in this case.

This Protective Order shall be without prejudice to the right of any party in this action to seek further protective order, or modification of this Protective Order from the Court with respect to any specific "Confidential" document, medical record or testimony.

SO ORDERED, this _25_ day of __March_____, 2026.


s/Tilman E. Self, III
HONORABLE TILMAN E. SELF

6

U.S. DISTRICT JUDGE, MIDDLE DISTRICT OF GEORGIA

We Consent:

_/s/ Porcha Anthony Davis_
Porcha Anthony Davis
Admitted _pro hac vice_
porcha@theworkersfirm.com
Kira Fonteneau
Georgia Bar No. 103355
kira@theworkersfirm.com

The Workers' Firm LLC
2 20th St. North Suite 900
Birmingham, Alabama 35203
Tel: (205) 564-9005
Facsimile: (205) 564-9006

_Counsel for Plaintiff_

_/s/John W. Stapleton_
John W. Stapleton
Georgia Bar No. 368790
jstapleton@fisherphillips.com
David Lerner
Georgia Bar No. 853678
dlerner@fisherphillips.com

FISHER & PHILLIPS LLP
1230 Peachtree Street, NE
Suite 3300
Atlanta, Georgia 30309
Telephone (404) 231-1400
Facsimile (404) 240-4249

_Counsel for Defendant_